UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.   12-M-49

OLUFISAYO OLAWAIYE,

Defendant.

4:12-mj-5002

## ORDER OF DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, the United States Attorney for the Western District of New York hereby dismisses the criminal complaint against OLUFISAYO OLAWAIYE.

DATED: Buffalo, New York, January 22, 2015.

WILLIAM J. HOCHUL, Jr.
United States Attorney

BY: _____
SCOTT S. ALLEN, JR.
Assistant United States Attorney
United States Attorney's Office
Western District of New York
138 Delaware Avenue
Buffalo, New York 14202
(716) 843-5869
scott.allen@usdoj.gov

Leave of Court is granted for the filing of the foregoing dismissal.

_____
HON. H. KENNETH SCHROEDER, JR.
UNITED STATES MAGISTRATE JUDGE

DATED: January 23, 2015.